B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14−25709**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carly Ann Jacobs
   8005 O'Connor Drive, Unit 2E
   River Grove, IL 60171

Social Security / Individual Taxpayer ID No.:
   xxx−xx−2848

Employer Tax ID / Other nos.:


### DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                              FOR THE COURT

Dated: October 29, 2014                       Jeffrey P. Allsteadt, Clerk
                                              United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-25709-JSB
Carly Ann Jacobs                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: admin              Page 1 of 2           Date Rcvd: Oct 29, 2014
                            Form ID: b18             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2014.
```
db          +Carly Ann Jacobs,    8005 O'Connor Drive, Unit 2E,    River Grove, IL 60171-1289
22154773    +AES,    1200 N 7th Street,    Harrisburg, PA 17102-1419
22154774     Asia Gurney,    378 Aberdeen Drive,    Algonquin, IL 60102
22154778    +Blatt, Hasenmiller, Leibsker and Moore,,   125 S. Wacker Drive, Suite400,
              Chicago, IL 60606-4440
22154783    +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22154788    +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
22154789     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22154790    +Experian Information Solutions, Inc.,   475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22154793    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22154794    +WebBank,    215 S. State Street,    Suite 800,    Salt Lake City, UT 84111-2339
22154795    +Womens DOC SC,    20 Executive Court, Suite 1,    Barrington, IL 60010-9543
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BIBODENSTEIN.COM Oct 30 2014 01:23:00     Ira Bodenstein,
              Shaw Fishman Glantz & Towbin LLC,    Towbin LLC,   321 N Clark Street Suite 800,
              Chicago, IL 60654-4766
22154775    +EDI: CINGMIDLAND.COM Oct 30 2014 01:18:00     At & T Mobility,   P.O. Box 6416,
              Carol Stream, IL 60197-6416
22154776    +EDI: TSYS2.COM Oct 30 2014 01:18:00     Barclay Bank,    P.O Box 13337,
              Philadelphia, PA 19101-3337
22154777    +EDI: TSYS2.COM Oct 30 2014 01:18:00     Barclays Bank Delaware,    Attn: Bankruptcy,
              P.O. Box 8801,    Wilmington, DE 19899-8801
22154779    +E-mail/Text: cms-bk@cms-collect.com Oct 30 2014 01:44:20      Capital Management Services LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
22154780    +EDI: CAPITALONE.COM Oct 30 2014 01:23:00     Capital One Bank,    Attn: Bankruptcy Department,
              Po Box 30285,    Salt Lake City, UT 84130-0285
22154781    +EDI: AIS.COM Oct 30 2014 01:23:00     Capital One, N.A. *,    c/o American Infosource,
              P.O Box 54529,    Oklahoma City, OK 73154-1529
22154782    +EDI: CAPITALONE.COM Oct 30 2014 01:23:00     Capital One, N.A.*,    1680 Capital One Drive,
              Mc Lean, VA 22102-3407
22154785    +EDI: WFNNB.COM Oct 30 2014 01:23:00     Comenity Bank,    Attention: Bankruptcy,
              Po Box 182686,    Columbus, OH 43218-2686
22154786    +EDI: WFNNB.COM Oct 30 2014 01:23:00     Comenity Bank,    PO Box 182789,
              Columbus, OH 43218-2789
22154784    +EDI: WFNNB.COM Oct 30 2014 01:23:00     Comenity Bank,    4590 E Broad Street,
              Columbus, OH 43213-1301
22154787    +EDI: WFNNB.COM Oct 30 2014 01:23:00     Comenity Bank,    220 W. Schrock Road,
              Westerville, OH 43081-2873
22154791    +EDI: CBSKOHLS.COM Oct 30 2014 01:23:00     Kohl's,    N56 W 17000 Ridgewood Drive,
              Menomonee Falls, WI 53051-7096
22154792    +EDI: MID8.COM Oct 30 2014 01:23:00     Midland Funding,    8875 Aero Drive, Suite 200,
              San Diego, CA 92123-2255
                                                                                              TOTAL: 14
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2014 at the address(es) listed below:
```
              Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Nathan C Volheim    on behalf of Debtor Carly Ann Jacobs courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
```

```
District/off: 0752-1           User: admin                Page 2 of 2                  Date Rcvd: Oct 29, 2014
                               Form ID: b18               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                           TOTAL: 3